**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
RONNIE MESA, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-0007-LJO-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST FOR RULE 43 WAIVER |
| | ) | OF PERSONAL APPEARANCE |
| vs. | ) | REGARDING SECOND STATUS |
| | ) | CONFERENCE; ORDER |
| | ) | |
| RONNIE MESA, JR., | ) | Date:   August 26, 2019 |
| | ) | Time:  1:00 PM |
| | ) | Judge: Barbara A. McAuliffe |
| Defendant. | ) | |
| _____ | ) | |

        Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant RONNIE MESA,

having been advised of his right to be present at all stages of proceedings, hereby requests this

Court permit him to waive his right to personally appear for his hearing regarding his second

Status Conference. Mr. Mesa agrees that his interests shall be represented at all times by the

presence of his attorney, CAROL MOSES, the same as if he were personally present, and

requests that this Court allow his attorney-in-fact to represent his interests at all times.

        Mr. Mesa is charged with one count of 21 USC 841(a)(1) – knowingly or intentionally

manufacturing, distributing, or dispensing a controlled substance (methamphetamine) and one

count of 21 USC 846 – conspiracy to distribute and possess with intent to distribute 500 grams or

more of methamphetamine.

        Mr. Mesa has been out of custody since January 29, 2019.

1    Mr. Mesa has thrived in his new life. He has been hired at a new job working as a forklift
2    driver for Sunmaid Raisins in Kingsburg, CA, which he started on Monday August 12, 2019. Mr.
3    Mesa's specific job requires a probationary period during which he is rated by a scale of points in
4    the first 90 days of employment. Each time he misses work, he receives half of a point or a full
5    point, depending on how long he is absent. Mr. Mesa is not to exceed 5 points within the first 90
6    days of employment or else he will be terminated from the position.
7    Mr. Mesa has already received half of a point for missing work to attend his Better
8    Choices Court Program Hearing which took place on August 14, 2019. It was only his third day
9    on the job.
10   ///
11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1       Mr. Mesa respectfully requests that the Court grant a waiver of his right and obligation to

2 be personally present at the second Status Conference in Case No. 1:19-cr-0007-LJO-BAM on

3 August 26, 2019 at 1:00 PM.

4

5 Dated: August 15, 2019               /s/ Carol Ann Moses

6                                          CAROL ANN MOSES
                                         Attorney for Defendant,

7                                          RONNIE MESA, JR.

8

9                                          **ORDER**

10       GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal

11 appearance at the hearing regarding his Second Status Conference in Case No. 1:19-mj-00014-

12 DAD-EPG on August 26, 2019 at 1:00 PM, is hereby accepted and adopted as the Order of this

13 Court.

14

15 IT IS SO ORDERED.

16    Dated:    **August 15, 2019**             /s/ *Barbara A. McAuliffe*

17                                           UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28