1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636 N. Ingram Ave., #104
   Fresno, California  93711
3  Telephone:  (559) 449-9069
   Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Attorney for Defendant,
   RONNIE MESA, JR.
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    CASE NO. 1:19-cr-00007-LJO-BAM
                                       )
11              Plaintiff,             )    REQUEST FOR MODIFICATION OF
                                       )    THE PRETRIAL RELEASE CONDITION
12  vs.                                )    OF THE LOCATION MONITORING
                                       )    COMPONENT AND
13                                     )    ORDER THEREON
                                       )
14  RONNIE MESA JR.,                   )    Date:
                                       )    Time:
15                                     )    Judge:  Barbara A. McAuliffe
                Defendant.             )
16  _____)

17

18          Defendant RONNIE MESA, JR., by and through his Attorney of Record, CAROL

19  MOSES, hereby requests a Pretrial Release Modification that allows the removal of the location

20  monitoring component of Mr. Mesa's Pretrial Release Conditions due to his constantly changing

21  obligations to meet the needs of his pregnant fiancé and soon-to-be newborn child, Mr. Mesa's

22  Better Choices Court Program requirements, and random substance abuse testing.

23          On January 29, 2019, Mr. Mesa was released from custody with release conditions. He

24  was given a curfew restricting him to his residence every day from 9:00 PM to 6:00 AM with a

25  location monitoring ankle device.

26          Mr. Mesa will have his first child in the coming days. Mr. Mesa will need the ability to

27  leave his home at any point of the day or night in order to transport his pregnant fiancé to the

28  hospital for labor and delivery, and continue having such ability to leave his home at any point

after the birth in case of medical emergencies or emergency errands for his recovering girlfriend or newborn child.

Additionally, Mr. Mesa is required to participate in the Better Choices Court Program, in which he has been diligent in attending all hearings thus far, as well as random substance abuse testing.

It is the opinion of Pretrial Services Officer Frank Guerrero that a modification of the location monitoring component for Mr. Mesa is in order due to changed circumstances which require Mr. Mesa to be many different places at many different times to keep up with the changing schedules Mr. Mesa's obligations requires. Officer Guerrero reports that Mr. Mesa has managed to remain in full compliance with all that has been asked of him and is in complete support of this modification request.

The proposed modification of the location monitoring component of the Pretrial Release Conditions for Mr. Mesa is FROM:

CURFREW: You must remain inside your residence every day from 9:00 PM to 6:00 AM, or as adjusted by the Pretrial Services Officer for medical, religious services, employment or court ordered obligations.

TO:

The condition requiring the Defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed.

///
///
///
///
///
///
///
///
///

The proposed removal of the location monitoring component should sufficiently address Mr. Mesa's constantly changing schedules.

The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full. All other terms and conditions of Pretrial Release not in conflict with this proposed order will stay in the same force and effect.

Dated: October 3, 2019        /s/*Carol Ann Moses*
                                    CAROL ANN MOSES
                                    Attorney for Defendant
                                    RONNIE MESA, JR.

## **<u>ORDER</u>**

Based upon the non-opposition of the Government and the agreement of Pretrial Services, the Court accepts the above Proposed Order and adopts its terms as the Order of this Court in case no. 1:19-cr-00007-LJO-BAM. Accordingly, Mr. Mesa's conditions of Pretrial Release are modified as follows:

1. Conditions of Release for Mr. Mesa are hereby modified as to the location monitoring component to reflect that Mr. Mesa is now on NO LOCATION MONITORING COMPONENT and is ordered as follows:

   The conditions requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed.

2. All other Pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED.

Dated:    __**October 3, 2019**__          ___/s/ *Barbara A. McAuliffe*___
                                          UNITED STATES MAGISTRATE JUDGE