**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
RONNIE MESA, JR.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:19-cr-0007-LJO-BAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | REQUEST FOR RULE 43 WAIVER |
| | ) | OF PERSONAL APPEARANCE |
| vs. | ) | REGARDING THIRD STATUS |
| | ) | CONFERENCE; ORDER |
| | ) | |
| RONNIE MESA, JR., | ) | Date:   December 9, 2019 |
| | ) | Time:  1:00 PM |
| | ) | Judge: Barbara A. McAuliffe |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant RONNIE MESA, having been advised of his right to be present at all stages of proceedings, hereby requests this Court permit him to waive his right to personally appear for his hearing regarding his second Status Conference. Mr. Mesa agrees that his interests shall be represented at all times by the presence of his attorney, CAROL MOSES, the same as if he were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.

Mr. Mesa is charged with one count of 21 USC 841(a)(1) – knowingly or intentionally manufacturing, distributing, or dispensing a controlled substance (methamphetamine) and one count of 21 USC 846 – conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine.

Mr. Mesa has been out of custody since January 29, 2019.

1    Mr. Mesa thrives in his new life. He works as a forklift driver for Sunmaid Raisins in

2    Kingsburg, CA. He started on Monday August 12, 2019. Mr. Mesa's specific job requires a

3    probationary period during which he is rated by a scale of points in the first 715 hours of

4    employment. Each time he misses work, he receives half of a point or a full point, depending on

5    how long he is absent. Mr. Mesa is not to exceed 5 points within his first 715 hours worked or

6    else he will be terminated from the position. Mr. Mesa has 471.75 hours as of November 18,

7    2019.

8    Mr. Mesa has already received one full point for missing work to attend his last two Better

9    Choices Court Program Hearings, which took place on August 14, 2019 and November 13, 2019.

10   Mr. Mesa's next Better Choices Court Program Hearing is on December 11, 2019, which is the

11   same week as the third Status Conference in the above captioned matter. If Mr. Mesa misses work

12   two times in one week, he will endanger his continued employment.

13   Mr. Mesa is in good standing with Pretrial Services and the Better Choices Court

14   Program.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Mr. Mesa respectfully requests that the Court grant a waiver of his right and obligation to

2    be personally present at the third Status Conference in Case No. 1:19-cr-0007-LJO-BAM on

3    December 9, 2019 at 1:00 PM.

4

5    Dated: November 20, 2019                              /s/ Carol Ann Moses
                                                           CAROL ANN MOSES
6                                                          Attorney for Defendant,
7                                                          RONNIE MESA, JR.

8

9                                **ORDER**

10        GOOD CAUSE APPEARING, the above request for Defendant's waiver of personal

11   appearance at the hearing regarding his Third Status Conference in Case No. 1:19-cr-00007-LJO-

12   BAM on December 9, 2019 at 1:00 PM, is hereby accepted and adopted as the Order of this

13   Court.

14

15   IT IS SO ORDERED.

16   Dated:  **November 20, 2019**              /s/ *Barbara A. McAuliffe*
17                                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28