1  **CAROL ANN MOSES  #164193**
Attorney at Law
2  7636 N. Ingram Ave., #104
Fresno, California  93711
3  Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
4  carol@yosemitelawyer.com

5  Former Attorney for Defendant,
RONNIE MESA, JR.
6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )    CASE NO. 1:19-cr-00007-NONE-BAM
                                       )
11                 Plaintiff,          )
                                       )
12  vs.                                )    AMENDED STIPULATION TO RELEASE
                                       )    CERTIFICATE OF TITLE FOR VEHICLE
13                                     )    USED TO SECURE BOND; AND
                                       )    ORDER THEREON
14  RONNIE MESA, JR.,                  )
                                       )    Date:
15                                     )    Time:
                   Defendant.          )    Judge:  Hon. Stanley A. Boone
16  _____)

17

18        **IT IS HEREBY STIPULATED** by and between the Defendant, RONNIE MESA, JR.,

19  his attorney of record, CAROL ANN MOSES and Assistant United States Attorney,

20  KATHERINE SCHUH, that the Certificate of Title for the 2006 Honda Civic EX, posted as part

21  of Mr. Mesa's Appearance and Compliance Bond, be returned to Mr. Mesa at 1034 N. Oakwood

22  Ct., Visalia, CA 93291. Ronnie Mesa, Jr. and Reena Mesa are the title owners for the 2006 Honda

23  Civic EX with VIN number 1HGFA16866L14897 and license plate number 5VPG109. The

24  vehicle was deemed a total loss in a traffic collision and is no longer useful as collateral to the

25  Court.

26        On January 29, 2019, the Honorable Sheila K. Oberto ordered an Appearance and

27  Compliance Bond secured by three vehicles for the Pre-Trial Release of Defendant Ronnie Mesa,

28

1

1   Jr. The Certificates of Title for all three vehicles; a 1964 El Camino Truck, 2006 Honda Civic EX

2   and 2008 Acura TL, were provided to the Court for a secured bond of full equity.

3        On September 9, 2021, the 2006 Honda Civic EX was involved in a traffic collision and

4   was deemed a total loss. There is no police report documenting the collision as there were no

5   injuries.

6        Mr. Mesa's insurance agent with American Family Connect Property and Casualty

7   Insurance Company provided a valuation of the vehicle to Mr. Mesa describing the total loss

8   payment and instructions for Mr. Mesa to collect the total amount due. The total loss payment

9   according to the valuation is $7,466.10.

10       To collect payment, Mr. Mesa was instructed to produce the Certificate of Title for the

11  2006 Honda Civic EX. This document is held by the Court as part of his secured bond.

12       Mr. Mesa's daughter was dependent on the 2006 Honda Civic EX to travel to and from

13  work. The family relies on their daughter's salary to help with finances. Mr. Mesa and his family

14  plan to use the $7,466.10 received from the total loss payment for a down payment on a new car,

15  so his daughter can continue to transport herself to and from work and contribute to the family

16  financially.

17       Pretrial Services Officer Anthony Perez is in favor of removing the 2006 Honda Civic EX

18  from the bond commitment. Officer Perez reports Mr. Mesa has been successful with all that has

19  been asked of him while on pretrial release. He has completed the Better Choices Court Program

20  and was removed from the Location Monitoring Program by Court order on October 3, 2019. Mr.

21  Mesa remains gainfully employed.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

1    Mr. Mesa respectfully requests the Certificate of Title for the 2006 Honda Civic EX,

2  posted as part of his Appearance and Compliance Bond, be returned to Mr. Mesa at 1034 N.

3  Oakwood Ct., Visalia, CA 93291 so Mr. Mesa may collect the total loss payment. Ronnie Mesa,

4  Jr. and Reena Mesa are the title owners for the 2006 Honda Civic EX with VIN number

5  1HGFA16866L14897 and license plate number 5VPG109. The vehicle is no longer useful as

6  collateral to the Court.

7

8  Dated:  September 27, 2021                    /s/*Carol Ann Moses*
                                                 CAROL ANN MOSES
9                                                Attorney for Defendant
                                                 RONNIE MESA, JR.
10

11 Dated:  September 27, 2021                     /s/*Katherine Schuh*
                                                 KATHERINE SCHUH
12                                               Assistant United States Attorney

13

14

15

16                                   **ORDER**

17      GOOD CAUSE APPEARING, the above request for the release of the Certificate of Title

18 for the 2006 Honda Civic EX to Defendant Ronnie Mesa, Jr., posted as part of his Appearance

19 and Compliance Bond in Case No. 1:19-cr-00007-NONE-BAM, is hereby accepted and adopted

20 as the order of this Court.

21      IT IS SO ORDERED.

22 IT IS SO ORDERED.

23 Dated:   **September 27, 2021**      _____
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

3