CAROL ANN MOSES #164193
Attorney at Law
510 East Coral Pte
Fresno, CA 93730
Telephone: (559) 240-5456
carol@yosemitelawyer.com

Attorney for Defendant
RONNIE MESA, JR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:19-CR-00007 JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY PRETRIAL RELEASE CONDITIONS FOR RONNIE MESA, JR. |
| v. | |
| RONNIE MESA, JR., | Judge: Hon. Jennifer L. Thurston |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for the government, and Carol Moses, counsel for Ronnie Mesa, Jr., that the third-party custodian condition of Mr. Mesa's Pretrial Release Conditions be removed.  Mr. Mesa has been on Pretrial Release Supervision since January 24, 2019.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request the Court find the following:

1. Ronnie Mesa Jr. has performed extremely well under Pretrial Services supervision.
2. Mr. Mesa has completed the Location Monitoring program;
3. Mr. Mesa graduated from the Better Choices Court Program;
4. All drug/alcohol tests submitted by Mr. Mesa have been negative;
5. Mr. Mesa has maintained full-time employment and has provided employment verification monthly;
6. Mr. Mesa maintains a stable residence in Visalia, CA. with his wife and son.

One of Mr. Mesa's original conditions of release was a third-party custodian. Mr. Mesa's sister Madonna Mesa was appointed as the third-party custodian. In October of 2023, Mr. Mesa and his sister (Madonna Mesa, the third-party custodian) had a significant disagreement regarding the placement of their elderly mother in a facility. The two have not spoken since October 2023.

Due to Mr. Mesa's compliance, stability, and continued sobriety, Pretrial Services Officer Anthony Perez reached out to Mr. Pataca and requested that the third-party custodian condition be removed at this time. Mr. Pataca is in agreement with the conditions of release being modified to remove the third-party custodian condition.

Mr. Mesa hereby requests this Court modify the Pretrial Release Conditions to reflect the removal of the condition that requires a third-party custodian. All other Pretrial Release Conditions shall remain in effect.

Respectfully submitted,

Dated:   April 23, 2024                         /s/*Carol Ann Moses*_____

                                                CAROL ANN MOSES
                                                Counsel for Defendant
                                                RONNIE MESA, JR


Dated:  April 23, 2024                          PHILLIP A. TALBERT
                                                United States Attorney
                                                /s/ANTONIO PATACA_____
                                                ANTONIO PATACA
                                                Assistant United States Attorney

# **O R D E R**

**IT IS SO ORDERED.** Good cause is found to remove the Pretrial Release Condition which requires Mr. Mesa have a Third-Party Custodian in Case Number 1:19-cr-00007 JLT-BAM be removed.

IT IS SO ORDERED.

Dated:   **April 23, 2024**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE