CAROL ANN MOSES #164193
ATTORNEY AT LAW
510 EAST CORAL POINTE
FRESNO, CA 93730
TELEPHONE: (559) 240-5456

carol@yosemitelawyer.com

Attorney for Defendant
RONNIE MESA JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RONNIE MESA JR.,<br><br>      Defendant. | CASE NO.  1:19-CR-00007-JLT-BAM<br><br>STIPULATION TO CONTINUE THE SENTENCING HEARING TO MARCH 31, 2025; and ORDER<br><br>Date:  January 21, 2025<br>Time:  9:00 a.m.<br>Court:  Honorable Jennifer L Thurston |

  IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Attorney Carol Moses, counsel for Defendant Ronnie Mesa JR., that the sentencing hearing currently scheduled for January 21, 2025, at 9:00 a.m. be continued to March 31, 2025, at 9:00 a.m.

  There is good cause to continue the sentencing in this matter. Defense Counsel's litigation schedule is in conflict with the currently scheduled sentencing hearing date and Defense Counsel anticipates being in trial at the time the sentencing hearing is now scheduled.  Additionally, defense counsel needs additional time to pursue mitigation issues relevant to sentencing.

  Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

  1.  By this stipulation, the parties now move to continue the current sentencing date of

STIPULATION AND PROPOSED ORDER           1

January 21, 2025, at 9:00 a.m., to March 31, 2025, at 9:00 a.m.

    2.    Counsel for Defendant Ronnie Mesa, JR., believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation of mitigating evidence for sentencing, taking into account the exercise of due diligence.

    3.    The government does not object to the requested proposed continuance.

Respectfully submitted,

Dated:  December 19, 2024

    PHILLIP A. TALBERT
    United States Attorney

    /s/ Anthony Pataca
    Anthony Pataca
    Assistant United States Attorney

Dated:  December 19, 2024

    /s/Carol Moses
    Carol Moses
    Counsel for Defendant
    RONNIE MESA JR.

## [~~PROPOSED~~] ORDER

The Court, finding Good Cause and based on the above Stipulation to Continue by the Parties, hereby accepts the Stipulation and continues the Sentencing Hearing in Case Number 1:20CR001 of Defendant Ronnie Mesa, JR., to March 31, 2025 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **December 22, 2024**

UNITED STATES DISTRICT JUDGE