CAROL ANN MOSES #164193
ATTORNEY AT LAW
510 EAST CORAL POINTE
FRESNO, CA 93730
TELEPHONE: (559) 240-5456

carol@yosemitelawyer.com

Attorney for Defendant
RONNIE MESA JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00007-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE THE SENTENCING HEARING TO JUNE 2, 2025; and ORDER |
| v. | |
| RONNIE MESA JR., | Date:  March 31, 2025<br>Time:  9:00 a.m.<br>Court: Honorable Jennifer L Thurston |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Attorney Carol Moses, counsel for Defendant Ronnie Mesa JR., that the sentencing hearing currently scheduled for March 31, 2025, at 9:00 a.m. be continued to June 2, 2025, at 9:00 a.m.

There is good cause to continue the sentencing in this matter. Defense Counsel is seated and sworn as a juror in a trial that begins March 11, 2025, in the Superior Court of California, County of Madera. The trial is anticipated to minimally last through the first week of April 2025 and perhaps longer. The Honorable Brian Enos is the judicial officer, and the Case No. is MCR070653.

Plaintiff United States of America, by and through its counsel of record, and Defendant Ronnie Mesa JR., by and through Defendant's counsel of record, Carol Moses, hereby stipulate as follows:

1. The parties now move to continue the current sentencing date of March 31, 2025, at 9:00

a.m., to June 2, 2025, at 9:00 a.m.

2. Counsel for Defendant Ronnie Mesa, JR., believes that failure to grant the above-requested continuance would deny him the reasonable assistance of counsel and reasonable time necessary for effective preparation of mitigating evidence for sentencing, taking into account the exercise of due diligence.

3. The government does not object to the requested proposed continuance.

Respectfully submitted,

Dated:  March 10, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ Anthony Pataca
Anthony Pataca
Assistant United States Attorney

Dated: March 10, 2025

/s/Carol Moses
Carol Moses
Counsel for Defendant
RONNIE MESA JR.

ORDER

The Court, finding Good Cause and based on the above Stipulation to Continue by the Parties, hereby accepts the Stipulation and continues the Sentencing Hearing of Ronnie Mesa JR. in Case Number 1:19-CR-007, to June 2, 2025, at 9:00 a.m.

**IT IS SO ORDERED.**

Date: March 11, 2025

Honorable Jennifer L. Thurston
United States District Court Judge