CAROL ANN MOSES #164193
ATTORNEY AT LAW
510 EAST CORAL POINTE
FRESNO, CA 93730
TELEPHONE: (559) 240-5456

carol@yosemitelawyer.com

Attorney for Defendant
RONNIE MESA JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNIE MESA JR.,<br><br>Defendant. | CASE NO.  1:19-CR-00007-JLT-BAM<br><br>STIPULATION TO EXTEND SURRENDER DATE; and ORDER<br><br>Court:   Honorable Jennifer L Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Antonio J. Pataca, counsel for plaintiff, and Attorney Carol Moses, counsel for Defendant Ronnie Mesa JR., that the surrender date, currently scheduled for August 18, 2025 be extended to January 18, 2026 with all pretrial release terms and conditions remaining in full force and effect pending surrender.

On June 2, 2025, this Court ordered Ronnie Mesa Jr. to surrender to the United States Bureau of Prisons on August 18, 2025, to commence service of his previously imposed custodial sentence. The Bureau of Prisons designated Mr. Mesa to serve his sentence at the Satellite Camp at Mendota. Mr. Mesa made arrangements to resign from his job and set up payments to his wife from their 401K in anticipation of his self-surrender on August 18.

On July 25, 2025, Mr. Mesa severely tore his left pectoralis major muscle. He received word from his physician that he needed to see a specialist and may require surgery. After the MRI was evaluated, he met with a specialist at Sierra Pacific Orthopedic Center and was told that the tear was an almost complete rupture, was significant and required immediate surgery. And further, if Mr. Mesa chose not to have surgery it is likely the muscle and tendons would deteriorate, and separate, making future surgery unsuccessful. Additionally, the pectoralis major contributes to breathing and because the muscles will atrophy due to the rupture, Mr. Mesa will likely suffer breathing problems in the future.

Currently, Mr. Mesa cannot lift his arm, cannot grab and hold an object away from his body and is in serious pain. He would be unable to defend himself if the situation arose where he needed to do so.

Dr. Zachary Hill, a reconstructive surgeon at Sierra Pacific Orthopedic Center, believes Mr. Mesa will be ready to report to prison in the middle of January 2026. He estimates the surgery (which is scheduled for August 19, 2025), the immediate post-surgery follow-up and the required physical therapy to be approximately 5 months.

Mr. Mesa believes he will be able to self-surrender more quickly than January 18, 2026, barring any unforeseen complications. Once released from the care of his physician, he will self-surrender to Mendota, even earlier than the current anticipated release date set by Dr. Hill.

There is good cause to extend Mr. Mesa's self-surrender date. Mr. Mesa requires immediate surgery to reconstruct the left pectoralis major which suffered an almost complete rupture on July 25, 2025.

///
///
///
///
///
///
///

STIPULATION AND PROPOSED ORDER       2

The government does not object to the requested proposed extension of time to self-surrender.

Respectfully submitted,

Dated: August 7, 2025

          PHILLIP A. TALBERT
          United States Attorney

          /s/ Anthony Pataca
          Anthony Pataca
          Assistant United States Attorney

Dated: August 7, 2025

          /s/Carol Moses
          Carol Moses
          Counsel for Defendant
          RONNIE MESA JR.

ORDER

The Court, finding Good Cause and based on the above Stipulation to Extend the Self-Report date by the Parties, hereby accepts the Stipulation and extends the self-report date to January 18, 2026 at 12:00 noon in Case Number 1:20CR001 of Defendant Ronnie Mesa, JR.

IT IS SO ORDERED.

Dated: **August 8, 2025**

          UNITED STATES DISTRICT JUDGE