CAROL ANN MOSES #164193
ATTORNEY AT LAW
510 EAST CORAL POINTE
FRESNO, CA 93730
TELEPHONE: (559) 240-5456

carol@yosemitelawyer.com

Attorney for Defendant
RONNIE MESA JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00007-JLT-BAM |
| Plaintiff, | STIPULATION AND ORDER TO EXONERATE PROPERTY BOND AND FOR RETURN OF VEHICLE CERTIFICATES OF TITLE (FED. R. CRIM. P. 46) |
| v. | |
| RONNIE MESA JR., | |
| Defendant. | Court:    Honorable Jennifer L Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney Anthonio J. Pataca, counsel for plaintiff, and Attorney Carol Moses, counsel for Defendant Ronnie Mesa JR., that this Court exonerate the property bond previously posted in this matter and direct the return of the Certificates of Title ("Pink Slips") for the two vehicles pledged as security for the bond.

On or about January 15, 2019, a property bond was approved by the Court to secure the appearance of Defendant Ronnie Mesa Jr. in Case No. 1:19-CR-0007-JLT-ELG. As security for the bond, Certificates of Title ("Pink Slips") for two vehicles were deposited with the Clerk of the Court. The vehicles are owned by Ronnie Mesa, Jr. and his wife Samantha Monique. The vehicles are described as a 2008 Acura, VIN 19UUA66298A052261, California License No. 6EGF456 and a 1964 Chevrolet, VIN 45380H125200, California License No. P41269.

Mr. Mesa fully complied with all conditions of release, appeared in court as required, pleaded guilty, and was sentenced. He is currently serving his sentence at FCI Mendota. Mr. Mesa's obligation to appear before this Court has been fully satisfied, and the property bond has served its intended purpose.

Pursuant to Federal Rule of Criminal Procedure 46(g), the bond should be exonerated, and the Certificates of Title returned to Samantha Monique Mesa, who lawfully co-owns the vehicles with her husband Ronnie Mesa, Jr.

The parties therefore stipulate and jointly request that the Court enter the proposed order below.

Respectfully submitted,

Dated:  February 9, 2026

ERIC GRANT
United States Attorney

/s/ Anthonio Pataca
Anthonio Pataca
Assistant United States Attorney

Dated:  February 9, 2026

/s/Carol Moses
Carol Moses
Counsel for Defendant
RONNIE MESA JR.

STIPULATION AND PROPOSED ORDER

2

ORDER

The Court, finding Good Cause and based on the above Stipulation to Exonerate Property Bond for the Return of Vehicle Certificates of Title, in Case No. 1:19-CR-00007-JLT and good cause appearing, hereby ORDERS:

The property bond posted in this case is EXONERATED pursuant to Federal Rule of Criminal Procedure 46(g).

The Clerk of the Court is directed to return the Certificates of Title ("Pink Slips") deposited as security for the bond to Samantha Monique Mesa, the lawful co-owner of the vehicles.

IT IS SO ORDERED.

Dated:    **February 10, 2026**


UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER

3